FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 AUG -5 PM 12: 01

OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

## PRO SE CIVIL COMPLAINT

Case No. 8:15CV294

(the court will assign a number)

### I. CASE CAPTION: Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a claim against any defendant who is not listed in the caption.

A. Plaintiff(s) Name(s): Joseph A. Kurtz
   Address(es): 5123 So 130th ST
   Telephone No. (only if you are NOT a prisoner): 402-378-6952

B. Defendant(s) Name(s): Darin Matthews
   Address(es) If known: Temporary stay at 5123 So 130th St five days - for $50 real address unknown?

(Attach extra sheets if necessary.)

Page 1 of 6

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A. **When** did the events occur?

About 05/15/2015 Darin Matthews stayed ~~amount$50 of days~~ for one week period. Darin Matthews was supposed to be in the basement of 5125 So 130TH St visiting a resident. but was at 5123 South 130TH ST

B. **What** happened?

Darin was giving Damean Morales a tatoo, and his little friend he "name- his bitch" -- a little tatoo. I, Joseph A. Kurtz, resident at 5123 So 130TH St 68137, was doing the dishes for my nieces Jody Morales. I was helping with ~~course~~ cleaning, laundry and dishes. When Darin Matthews stated he wanted to tatoo a penis on my arm and then said he was going to tatoo a penis on Sami Zumwolt cheek cause of some reason only he knew. My reply was, "You better think twice on that one". And continue to do the dishes. Darin Matthews has caused other problems weekends stay over with a bossy additude. Ordering people, ~~wantsto~~ how he was going plays x-box on the T.V. upstairs, when there was 2 downstairs T.V.

**II. STATEMENT OF CLAIM(S)** (continued)

Darin argued with Mr. Kurtz on another time at 4AM how he will leave at 6AM. I asked him to leave at 4AM, he had a vehicle + money. But he left at 7:30AM the next morning when Damean Morales left for school. Darin Matthews and little friend spent several early morning Saturday visiting 5-6 AM playing play station with Devon and Kyle Centamire, who are step brothers to Christian Anson, son of Pat and Nikki Anson. Also I have seen Darin carrying brass knuckle one day, with a knife ove 6 inches long, for what reason, I am not sure. It was like some kind of hunting knife. He carry on with the two young sisters of Damean Morales. Last I knew he was working at Arby's in Millard on 144th St.

## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

✓ United States or a federal official or agency is a party

✓ Claim arises under the Constitution, laws or treaties of the United States

✓ Violation of civil rights

____ Employment discrimination

____ Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

____ Other basis for jurisdiction in federal court (explain below)

_____

_____

_____

_____

## IV. STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

Darin Matthews lives somewhere in Millard he said he is a sophmore at Millard South planing to go to Metro Community College, on a full scholarship ride.

## V. RELIEF

State briefly what you want the court to do for you.

Reimbursement for 3 nights of hotels stay's because the kids would lock the front doors, which cost me $107 a night with tax, who is responsible for Darin Matthews stay is responsible for hotel bill. $321.00

## VI. EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A. Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

Yes ✓    No _____

B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

Nebr. several cases are on record.

C. If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

## VII. ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (check one):

JURY ✓        JUDGE ✓

## VIII. VERIFICATION

**I (we) declare under penalty of perjury that the foregoing is true and correct.**

Date(s) Executed: 08/05/2015

Signature(s) of Plaintiff(s): Joseph A. Kurtz

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS. Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.**